DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4674
Facsimile:      (415) 554-4747
E-Mail:         vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; BILL LOCKYER; CITY AND COUNTY OF SAN FRANCISCO; THE COUNTY OF LOS ANGELES and DOES 1 to 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C06-04713 MMC (Related to Case No. C06-1887 MMC)<br><br>**[PROPOSED] ORDER GRANTING SAN FRANCISCO'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**<br><br>Hearing Date:    November 17, 2006<br>Time:            9:00 a.m.<br>Place:           Courtroom 7<br><br>Trial Date:      None Set |

The Motion to Dismiss for Lack of Standing and Failure to State a Claim of Defendant City and County of San Francisco came on for regular hearing before the Court on November 17, 2006. Carolyn Chan appeared on behalf of Plaintiff American Canine Foundation. Vince Chhabria appeared on behalf of the Defendant.

[PROPOSED] ORDER
C06-04713 MMC

1

n:\govlit\li2006\061573\00396747.doc

After considering the papers submitted by the parties and the arguments of counsel, the Court finds that the eighth and tenth claims in the Second Amended Complaint fail to plead associational standing.  The Court further finds that none of the ten claims of the Second Amended Complaint states a claim for which relief can be granted.  Nor could the Plaintiff plead any conceivable set of facts that would state a claim for relief.  Accordingly, San Francisco's motion to dismiss the Second Amended Complaint for lack of standing and failure to state a claim is GRANTED, without leave to amend.

Dated:  _____

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge