1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   VINCE CHHABRIA, State Bar #208557
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4674
   Facsimile:    (415) 554-4747
6  E-Mail:       vince.chhabria@sfgov.org

7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | AMERICAN CANINE FOUNDATION,                    | Case No. C06-04713 MHP
   |
14 |            Plaintiff,                          | [~~PROPOSED~~] ORDER GRANTING
   |                                                | DEFENDANTS' MISCELLANEOUS
15 |       vs.                                      | EX PARTE APPLICATION FOR
   |                                                | EXTENSION OF TIME TO FILE
16 | BEN SUN, D.V.M., the Public Health             | ANSWER OR OTHERWISE RESPOND
   | Veterinarian for the State of California;      | TO SECOND AMENDED
17 | THE CALIFORNIA DEPARTMENT OF                   | COMPLAINT
   | HEALTH SERVICES; THE
18 | CALIFORNIA HEALTH AND HUMAN
   | SERVICES AGENCY; BILL LOCKYER;
19 | CITY AND COUNTY OF SAN
   | FRANCISCO; THE COUNTY OF LOS
20 | ANGELES and DOES 1 to 50, inclusive,

21              Defendants.

22

23

24       Defendants' *Ex Parte* Application for Extension of Time to File Answer or Otherwise

25 Respond to Second Amended Complaint is GRANTED.

26       Defendants shall file a response to the Second Amended Complaint by no later than

27 Wednesday, September 27, 2006.

28

[Proposed] Order                           1                    n:\govlit\li2006\061573\00396097.doc
C06-04713 MHP

1     **IT IS SO ORDERED.**

3 Dated: August __28__, 2006

                                  _____
                                  HONORABLE ~~MARILYN HALL PATEL~~ MAXINE M. CHESNEY
                                  United States District Court Judge