IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-4713 MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW; DENYING AS MOOT MOTION FOR ORDER SHORTENING TIME FOR HEARING**<br><br>(Docket Nos. 23, 25) |

　　　Before the Court is the motion filed August 31, 2006 by Gregory J. Kohler ("Kohler") to withdraw as counsel of record for plaintiff, and an accompanying application for an order shortening time for the hearing of said motion. As plaintiff has consented to Kohler's withdrawal, (see Bui Decl. ¶¶ 2-5), and plaintiff's other counsel of record continues to represent plaintiff in the instant action, the motion to withdraw is hereby GRANTED, and the application for an order shortening time is hereby DENIED as moot.

　　　This order terminates Docket Nos. 23 and 25.

　　　**IT IS SO ORDERED.**

Dated: September 1, 2006

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge