United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-4713 MMC<br><br>**ORDER DENYING MOTION TO WITHDRAW AS MOOT**<br><br>(Docket No. 31) |

     Before the Court is the motion filed September 8, 2006 by Gregory J. Kohler ("Kohler") to withdraw as counsel of record for plaintiff. In an order filed September 1, 2006, the Court granted Kohler's prior motion to withdraw.

     Accordingly, as Kohler no longer is counsel of record for plaintiff, the instant motion is hereby DENIED AS MOOT.

     This order terminates Docket No. 31.

     **IT IS SO ORDERED.**

Dated: September 8, 2006

                                                          MAXINE M. CHESNEY
                                                          United States District Judge