**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-4713 MMC<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION TO RESCHEDULE HEARING RE: MOTIONS TO DISMISS; GRANTING PLAINTIFF'S EX PARTE APPLICATION TO RESCHEDULE HEARING RE: MOTIONS TO DISMISS**<br><br>(Docket Nos. 43, 47) |

   Before the Court is defendants' ex parte application, filed September 28, 2006, to reschedule to November 3, 2006 the hearings on defendants' three pending motions to dismiss. Currently, two of the motions are noticed for hearing October 27, 2006, and the third is noticed for hearing November 17, 2006. Defendants state they wish to schedule all three motions for hearing on the same date, for the convenience of the parties and the Court.

   Also before the Court is plaintiff's ex parte application, filed September 29, 2006, to continue by thirty days the hearing on the two motions currently noticed for hearing October 27, 2006 or, in the alternative, to set all three motions for hearing November 17, 2006. Plaintiff's counsel attests she is unavailable on both October 27, 2006 and November 3, 2006, (see Chan Decl. ¶¶ 1, 4), but sets forth no justification for a thirty-day continuance of

1  the October 27, 2006 hearing date.
2      Because plaintiff's counsel attests she is unavailable on November 3, 2006, the
3  Court hereby DENIES defendants' motion to reschedule the hearings to November 3, 2006.
4  As there is no contention that any of the parties is unavailable on November 17, 2006, the
5  Court hereby GRANTS plaintiff's motion to continue to that date the hearing on the two
6  motions to dismiss currently noticed for hearing October 27, 2006.  Accordingly, all three
7  motions to dismiss will be heard on November 17, 2006.
8      This order terminates Docket Nos. 43 and 47.
9      **IT IS SO ORDERED.**
10  Dated: October 5, 2006
                          MAXINE M. CHESNEY
11                                          United States District Judge