DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4747
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; BILL LOCKYER; CITY AND COUNTY OF SAN FRANCISCO; THE COUNTY OF LOS ANGELES and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. C06-04713 MMC (Related to Case No. C06-1887 MMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS EX PARTE APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference presently set for December 1, 2006 at 10:30 a.m. in Courtroom 7 is continued to March 30, 2007 at 10:30 a.m. in Courtroom 7.

Dated: November __22__, 2006

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[Proposed] Order Continuing CMC
C06-04713 MMC

1

n:\govlit\li2006\061573\00411458.doc