DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4674
Facsimile:    (415) 554-4747
E-Mail:       vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN CANINE FOUNDATION, | Case No. C06-04713 MMC (Related to Case No. C06-1887 MMC) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS EX PARTE APPLICATION FOR ORDER VACATING CASE MANAGEMENT CONFERENCE |
| BEN SUN, D.V.M., the Public Health Veterinarian for the State of California; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; BILL LOCKYER; CITY AND COUNTY OF SAN FRANCISCO; THE COUNTY OF LOS ANGELES and DOES 1 to 50, inclusive, | |
| Defendants. | |

("[PROPOSED]" shown with strikethrough)

The Case Management Conference presently set for March 30, 2007 at 10:30 a.m. in Courtroom 7 is vacated.  The parties shall appear for a Case Management Conference on June 15, 2007 at 10:30 a.m., and shall file a Joint Case Management Statement no later than June 8, 2007.

Dated: March _21_, 2007

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[Proposed] Order Vacating CMC                    1                    n:\govlit\li2006\061573\00014299.doc
C06-04713 MMC