RAYMOND G. FORTNER, JR., County Counsel
RICHARD K. MASON, Assistant County Counsel
DIANE C. REAGAN, Principal Deputy County Counsel
State Bar #098709
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone:   (213) 974-1868
Facsimile:   (213) 680-2165
E-Mail:        dreagan@counsel.lacounty.gov

Attorneys for Defendant
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; BILL LOCKYER; CITY AND COUNTY OF SAN FRANCISCO; THE COUNTY OF LOS ANGELES and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. C06-04713 MMC (Related to Case No. C06-1887 MMC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MISCELLANEOUS EX PARTE APPLICATION FOR ORDER VACATING CASE MANAGEMENT CONFERENCE |

　　The Case Management Conference presently set for June 15, 2007 at 10:30 a.m. in Courtroom 7 is vacated, and hereby CONTINUED to September 14, 2007 at 10:30 a.m.

Dated: May _16_, 2007

　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] Order Vacating CMC　　　　　　　　1
C06-04713 MMC