IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEN SUN, D.V.M., the Public Health Veterinarian for the State of California, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. CV-06-4713 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion to dismiss is hereby GRANTED, and the second amended complaint is hereby dismissed without leave to amend.

Dated: November 28, 2007　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk